IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

KIMBERLY WEBB,                                    *

                    Plaintiff,                    *

v.                                                        Case No. 5:23-cv-00385-TES-CHW

COMMISSIONER OF SOCIAL SECURITY,                  *

                    Defendant.                    *

                                                  *

## J U D G M E N T

Pursuant to this Court's Order dated January 21, 2025, having accepted the recommendation of the United States Magistrate Judge in its entirety, the Commissioner's decision is AFFIRMED.

JUDGMENT is hereby entered in favor of Defendant.

This 21st day of January, 2025.


                              David W. Bunt, Clerk


                              s/ Raven K. Alston, Deputy Clerk